IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SNYDER COMPUTER SYSTEMS, INC.,

    Plaintiff,

v.

RAY LAHOOD, et al.

    Defendants.

Case No. 2:10-cv-161
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

This matter is before the Court for consideration of the Government's Motion to Stay Summary Judgment Briefing. (Document 28.) The Government requests the Court to stay the briefing on Plaintiff's motion for summary judgment until the Court rules on the Government's motion to dismiss. Because the Government is correct that the Court must reach the question of jurisdiction before it can consider the merits of Plaintiff's motion for summary judgment, the Court hereby **GRANTS** the Government's Motion to Stay Summary Judgment Briefing. (Doc. 28.) The Court will make every effort to rule on the Government's motion to dismiss expeditiously so that, if the Government's motion is denied, this case can move forward in a timely manner.

**IT IS SO ORDERED.**

5-27-2010
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE