IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SNYDER COMPUTER SYSTEMS,
INC.,

    **Plaintiff,**

v.

    Case No. 2:10-cv-161

    JUDGE EDMUND A. SARGUS, JR.

RAY LAHOOD, et al.,

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment (Doc. 24) and Plaintiff's Motion for Leave to File Sur-Reply to Motion to Dismiss for the Limited Purpose of Supplying Controlling Authority (Doc. 35). For the reasons set forth below, the Court DENIES both motions as moot.

On May 5, 2010, Plaintiff filed a motion for partial summary judgment on Claims One, Four, Six, and Seven of his first amended complaint. Shortly thereafter, on May 17, 2010, Defendants filed a motion to dismiss the first amended complaint in its entirety. After Plaintiff filed a response to that motion, Defendants filed a reply. Plaintiff then filed a motion for leave to file a sur-reply for the limited purpose of directing the Court's attention to controlling authority relating to Defendants' sovereign immunity defense. The Court subsequently granted in part Defendants' motion to dismiss. Specifically, the Court dismissed Claims One through Seven of the first amended complaint. The Court denied the motion to dismiss as to Claim Eight. In ruling on Defendants' motion to dismiss, the Court agreed with Plaintiff that, under *Warin v. Director, Dep't of Treasury*, 672 F.2d 590 (6th Cir. 1982), authority cited by Plaintiff in its

motion for leave to file a sur-reply, the waiver of sovereign immunity found in 5 U.S.C. § 702 applies to Plaintiff's claims.

Because the Court has dismissed Claims One through Seven of Plaintiff's first amended complaint, Plaintiff's Motion for Partial Summary Judgment (Doc. 24) seeking judgment in its favor on four of those claims (Claims One, Four, Six, and Seven) is DENIED as moot. In addition, because the Court considered authority cited in Plaintiff's Motion for Leave to File Sur-Reply to Motion to Dismiss for the Limited Purpose of Supplying Controlling Authority (Doc. 35), that motion is also DENIED as moot.

**IT IS SO ORDERED.**

\_\_\_1-27-2011_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**