IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SNYDER COMPUTER SYSTEMS, INC.
dba WILDFIRE MOTORS,

        Plaintiff,

v.

RAY LAHOOD, SECRETARY OF
TRANSPORTATION, et al.,

        Defendants.

CASE NO. C2-10-0161
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

The Defendants' Motion to Dismiss (Doc. 58) is **DENIED AS MOOT** in light of the Amended Complaint filed August 11, 2011 (Doc. 66).

**IT IS SO ORDERED.**

_8-19-2011_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE