# In the United States District Court
# for the Southern District of Ohio

| | |
|---|---|
| Snyder Computer Systems, Inc. d.b.a. Wildfire Motors, | |
| Plaintiff, | |
| v. | Case No. 2:10-cv-00161 |
| Ray LaHood, Secretary of Transportation, et al., | Judge Sargus |
| | Magistrate Abel |
| Defendants | |

## ORDER

This matter came before the Court upon the unopposed motion of the plaintiff pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to clarify that the Opinion and Order of November 9, 2011, was not intended as a finding on whether the filing of judicial forfeiture by the United States in the Western District of Washington was sufficiently timely to comply with due process obligations, which would be a matter for the district court in which forfeiture is pending to determine provided it is properly raised as an issue before that court.

Having considered the plaintiff's unopposed motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the Plaintiff's unopposed motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to clarify that the Opinion and Order of November 9, 2011, was not intended as a finding on whether the filing of judicial forfeiture by the United States in the Western District of Washington was sufficiently timely to comply with due process obligations, which would be a matter for the district court in which that forfeiture is pending to determine provided it is properly raised as an issue before that court.

ENTERED this 20 day of November, 2012.

_____
Judge, United States District Court