UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SNYDER COMPUTER SUSTEMS, INC.,

    Plaintiff,

v.

RAY LAHOOD, *et al.*,

    Defendants.

Case No. 2:10-CV-00161
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

The Court hereby **CLARIFIES**, as requested in Plaintiff's Notice of Settlement and Unopposed Motion for Indicative Ruling, that the November 9, 2011 Opinion and Order was in no way intended, and should not be construed, as a finding on whether the filing of judicial forfeiture by the United States in the Western District of Washington was sufficiently timely to comply with due process obligations.

**IT IS SO ORDERED.**

12-4-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE